# EXHIBIT A

# Udon Entertainment Inc.

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL343715 | MR MEGA MAN GN VOL 01 (OF 3) ( | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 3,438 |
| STL347720 | LITTLE MEGA MAN GN VOL 01 (OF | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 3,413 |
| STK460963 | SHINING FORCE FEATHER OFF DESI | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 3,301 |
| STK648463 | ART OF 5TH CELL SC | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 3,194 |
| STK681227 | STREET FIGHTER TRIBUTE HC (C: | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 2,930 |
| STL318809 | TEAM PHOENIX GN VOL 05 B&N EXC | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 2,896 |
| STL318807 | TEAM PHOENIX GN VOL 04 B&N EXC | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 2,807 |
| STL065285 | INFINI-T FORCE GN VOL 02 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 2,696 |
| STK372058 | 1520 GN VOL 01 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 2,549 |
| STK622361 | DAISUKE MORIYAMA ART WORKS CHR | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 2,529 |
| STK656488 | MAKESHIFT MIRACLE HC VOL 02 BO | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 2,443 |
| STL048557 | EPILOGUE ILLUS & CONCEPT ART O | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 2,299 |
| STL092064 | INFINI-T FORCE GN VOL 04 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 2,241 |
| STK635007 | RAGE OF BAHAMUT OFF ART WORKS | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 2,178 |
| STK451387 | VALKYRIA CHRONICLES SC VOL 02 | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 2,171 |
| STL054989 | INFINI-T FORCE GN VOL 01 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 2,140 |
| STL092063 | INFINI-T FORCE GN VOL 03 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 2,090 |
| STK625612 | PHANTOM BREAKER OFF DESIGN WOR | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 2,075 |
| STK337283 | STREET FIGHTER II MANGA GN VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 2,035 |
| STL059496 | CASA NOSTRA HC (MR) | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 1,991 |
| STK630297 | WONDER MOMO BATTLE IDOL HC VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 1,945 |
| STK423041 | VENT SC VOL 01 | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 1,822 |
| STK653847 | KATAMARI HC VOL 01 (C: 0-0-2) | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 1,768 |
| STK695336 | STREET FIGHTER UNLIMITED #3 CV | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 1,744 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STK692858 | STREET FIGHTER UNLIMITED #2 CV | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 1,685 |
| STL290089 | STREET FIGHTER ULTIMATE ART PO | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 1,617 |
| STK399647 | NINJA BASEBALL KYUMA GN VOL 02 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 1,599 |
| STK667174 | RECORD OF AGAREST WAR HEROINES | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 1,585 |
| STK617770 | HARUHI SUZUMIYA ILLUS AUTUMN & | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 1,573 |
| STK528485 | HARUHI-ISM NOIZI ITO ARTWORKS | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 1,535 |
| STK524327 | MIDORI FOO BOOK OF PICTURES SC | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 1,535 |
| STK675168 | RECORD OF AGAREST WAR 2 HEROIN | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 1,525 |
| STK451385 | OMAR DOGAN GIRL SEVEN SC (C: 0 | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 1,524 |
| STK464816 | CAPTAIN COMMANDO GN VOL 02 (OF | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 1,484 |
| STL131995 | STICKY DILLY BUNS TP VOL 01 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 1,481 |
| STK698737 | STREET FIGHTER UNLIMITED #1 2N | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 1,459 |
| STK461348 | MAKESHIFT MIRACLE HC VOL 01 GI | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 1,437 |
| STL107422 | OTHERWORLDLY IZAKAYA NOBU TP V | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 1,405 |
| STL085153 | MENAGE A 3 GN VOL 02 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 1,394 |
| STK528487 | DEVIL SURVIVOR OFF MATERIAL CO | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 1,289 |
| STL067958 | MENAGE A 3 GN VOL 01 (MR) | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 1,253 |
| STL285931 | ATELIER RYZA OFFICIAL VISUAL C | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 1,248 |
| STK522098 | GROWLANSER ART WORKS SC (C: 0- | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 1,193 |
| STL330390 | 2024 SHANTAE SWIMSUIT SPECIAL | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 1,123 |
| STK697940 | STREET FIGHTER UNLIMITED #4 CV | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 1,107 |
| STL330391 | 2024 SHANTAE SWIMSUIT SPECIAL | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 1,036 |
| STK667175 | SHINING BLADE & ARK COLL VISUA | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 1,033 |
| STL287222 | STREET FIGHTER 6 #1 (OF 4) 2ND | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 965 |
| STK692859 | STREET FIGHTER UNLIMITED #2 CV | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 957 |
| STK530263 | HARUHI SUZUMIYA ILLUST SPRING | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 956 |
| STK451386 | SENGOKU BASARA SAMURAI HEROES | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 944 |
| STL011933 | REMINISCENCE KWANG HYUN KIM FR | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 935 |

56219318.1 09/08/2025

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STK438124 | LEGENDARY VISIONS SC (C: 0-1-2 | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 935 |
| STL138670 | MENAGE A 3 GN VOL 05 (MR) | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 931 |
| STL104088 | MENAGE A 3 GN VOL 03 (MR) | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 927 |
| STK695337 | STREET FIGHTER UNLIMITED #3 CV | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 900 |
| STK449947 | APPLE SELECTION SC VOL 02 (C: | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 866 |
| STK457292 | CAPTAIN COMMANDO GN VOL 01 (OF | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 832 |
| STK526129 | SUMMER WARS MATERIAL BOOK SC ( | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 784 |
| STL299079 | TEAM PHOENIX GN VOL 01 B&N EXC | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 763 |
| STK471107 | SHINING HEARTS COLL VISUAL MAT | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 745 |
| STL299082 | TEAM PHOENIX GN VOL 02 B&N EXC | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 738 |
| STK473584 | SENGOKU BASARA SAMURAI LEGENDS | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 737 |
| STL107421 | GEARS OF WAR RETROSPECTIVE HC | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 730 |
| STK395622 | SILENT MOBIUS COMPLETE ED GN V | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 700 |
| STK319429 | NEW ONIMUSHA NIGHT OF GENESIS | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 678 |
| STK409016 | SWANS IN SPACE GN VOL 03 (OF 3 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 654 |
| STL256036 | RECORD OF LODOSS WAR CROWN COV | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 619 |
| STL256032 | PERSONA 4 ARENA GN VOL 02 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 618 |
| STL285930 | ATELIER RYZA 2 OFFICIAL VISUAL | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 612 |
| STL176116 | COMP ARTIST SPONSORSHIP CAMPAI | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 609 |
| STL085382 | MEGA MAN MASTERMIX #3 CVR A AR | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 609 |
| STL315337 | GIGA TOWN GUIDE TO MANGA ICONG | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 598 |
| STK346637 | STREET FIGHTER SAKURA GANBARU | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 596 |
| STL331099 | MANGA BIOGRAPHIES CHARLES SCHU | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 587 |
| STK681221 | CAPCOM FIGHTING TRIBUTE HC (C: | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 578 |
| STL286952 | STREET FIGHTER OMEGA #1 CVR A | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 575 |
| STK395853 | STREET FIGHTER TP VOL 01 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 570 |
| STL254921 | NIOH & NIOH 2 OFFICIAL ARTWORK | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 568 |
| STL256027 | PERSONA 4 ARENA ULTIMAX GN VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 559 |

56219318.1 09/08/2025

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STK684049 | DARKSTALKERS TRIBUTE HC (C: 0- | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 557 |
| STK438126 | STREET FIGHTER IV OFF COMP WOR | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 546 |
| STL144071 | ROSE OF VERSAILLES HC VOL 03 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 545 |
| STL330393 | 2024 SHANTAE SWIMSUIT SPECIAL | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 516 |
| STL082696 | STREET FIGHTER NOVEL WHERE STR | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 500 |
| STL277145 | TEAM PHOENIX GN VOL 02 (OF 5) | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 495 |
| STL304128 | TEAM PHOENIX GN VOL 05 (OF 5) | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 491 |
| STL120076 | MENAGE A 3 GN VOL 04 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 488 |
| STL262251 | ELDEN RING OFFICIAL ART BOOK H | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 473 |
| STL315339 | MY STEPMOMS DAUGHTER IS MY EX | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 472 |
| STK475588 | READ OR DIE ROD OFF ARCHIVE SC | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 468 |
| STL256033 | PERSONA 4 ARENA GN VOL 03 (C: | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 462 |
| STK334412 | STREET FIGHTER ALPHA GN VOL 01 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 462 |
| STL285934 | ROBOTICS NOTES GN VOL 03 (OF 3 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 460 |
| STL302011 | TEAM PHOENIX VOL 4 GN (C: 0-1- | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 447 |
| STL285933 | ROBOTICS NOTES GN VOL 02 (OF 3 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 445 |
| STL169519 | STREET FIGHTER V HC VOL 01 CHA | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 439 |
| STL256030 | PERSONA 4 ARENA ULTIMAX GN VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 435 |
| STK346635 | STREET FIGHTER II MANGA GN VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 435 |
| STL286956 | STREET FIGHTER OMEGA #1 CVR B | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 435 |
| STL335283 | BUBBLEGUM CRISIS COMPLETE ARCH | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 434 |
| STK442389 | RANDOMVEUS HC VOL 01 (C: 0-1-2 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 434 |
| STL277142 | TEAM PHOENIX GN VOL 01 (OF 5) | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 433 |
| STL299083 | TEAM PHOENIX GN VOL 03 B&N EXC | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 433 |
| STL204277 | STEINS GATE 0 TP VOL 02 B&N EX | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 431 |
| STL330392 | 2024 SHANTAE SWIMSUIT SPECIAL | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 430 |
| STL319575 | STREET FIGHTER MASTERS: AKUMA | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 424 |
| STL003439 | STREET FIGHTER UNLIMITED #6 CV | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 414 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL277147 | TEAM PHOENIX GN VOL 03 (OF 5) | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 407 |
| STL302010 | STREET FIGHTER MASTERS VOL 1 H | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 407 |
| STK424793 | STREET FIGHTER LEGENDS TP VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 406 |
| STL302309 | STREET FIGHTER MASTERS: AKUMA | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 402 |
| STL048560 | STREET FIGHTER UNLIMITED TP VO | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 398 |
| STK659258 | ASURAS WRATH OFFICIAL COMP WOR | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 395 |
| STL129359 | DARKSTALKERS RISE OF THE NIGHT | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 391 |
| STL256029 | PERSONA 4 ARENA ULTIMAX GN VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 391 |
| STL285932 | ROBOTICS NOTES GN VOL 01 (OF 3 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 388 |
| STK697941 | STREET FIGHTER UNLIMITED #4 CV | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 388 |
| STK681222 | DARK SOULS II DESIGN WORKS HC | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 384 |
| STL256037 | RECORD OF LODOSS WAR CROWN COV | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 381 |
| STK346636 | STREET FIGHTER III MANGA TP VO | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 379 |
| STL317706 | STREET FIGHTER MASTERS GAME GA | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 377 |
| STK311137 | STREET FIGHTER TP VOL 03 FIGHT | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 374 |
| STL059498 | STREET FIGHTER VS DARKSTALKERS | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 373 |
| STL256028 | PERSONA 4 ARENA ULTIMAX GN VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 365 |
| STL290858 | STREET FIGHTER 6 EVOLUTION SPE | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 362 |
| STL256031 | PERSONA 4 ARENA GN VOL 01 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 345 |
| STL052651 | STREET FIGHTER VS DARKSTALKERS | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 344 |
| STL277927 | RANDOMVEUS VOL 02 ONE DIMENSIO | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 344 |
| STK303984 | NEW ONIMUSHA NIGHT OF GENESIS | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 341 |
| STL048561 | STREET FIGHTER NOVEL WHERE STR | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 330 |
| STL270181 | PERSONA 4 ARENA ULTIMAX GN VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 330 |
| STL194356 | STEINS GATE 0 TP VOL 02 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 322 |
| STL005798 | STREET FIGHTER UNLIMITED HC VO | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 319 |
| STL095451 | MEGA MAN MASTERMIX #4 CVR A AR | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 319 |
| STL000768 | STREET FIGHTER UNLIMITED #5 CV | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 318 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL189742 | STEINS GATE 0 TP VOL 01 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 315 |
| STL110838 | STREET FIGHTER MENAT #1 CVR A | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 315 |
| STK331786 | STREET FIGHTER TP VOL 02 NEW C | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 305 |
| STL322552 | FINAL FIGHT #1 (OF 4) CVR A WE | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 304 |
| STL021938 | PERSONA 3 GN VOL 03 (C: 0-1-2) | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 302 |
| STL256038 | STREET FIGHTER ORIGINS SAGAT H | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 301 |
| STL122008 | SANDRA ON THE ROCKS TP VOL 01 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 297 |
| STL104090 | STREET FIGHTER CLASSIC TP VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 296 |
| STL322543 | 2024 STREET FIGHTER & FRIENDS | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 292 |
| STK620270 | BRAVOMAN HC VOL 01 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 289 |
| STL048562 | SUPER STREET FIGHTER OMNIBUS T | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 288 |
| STL147160 | SANDRA ON THE ROCKS TP VOL 02 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 288 |
| STL338696 | FINAL FIGHT #4 (OF 4) CVR A WE | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 285 |
| STK695142 | STREET FIGHTER LEGENDS HC IBUK | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 285 |
| STL085157 | STREET FIGHTER V TP VOL 01 RAN | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 285 |
| STL119187 | STREET FIGHTER NECRO & EFFIE # | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 285 |
| STK612726 | DISGAEA 3 SCHOOL OF DEVILS GN | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 281 |
| STL059497 | STREET FIGHTER UNLIMITED TP VO | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 279 |
| STL309826 | DARKSTALKERS JEDAH (ONE SHOT) | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 278 |
| STK684051 | PERSONA 4 GN VOL 02 (C: 0-0-2) | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 275 |
| STL220330 | SUMMERTIME RENDERING TP VOL 03 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 273 |
| STL158981 | STREET FIGHTER 2020 SWIMSUIT S | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 271 |
| STL327386 | STREET FIGHTER WORLD WARRIOR E | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 270 |
| STL335459 | TEAM DARKSTALKERS #1 CVR A STE | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 269 |
| STK695143 | STREET FIGHTER LEGENDS HC SAKU | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 266 |
| STL076227 | MEGA MAN MASTERMIX #2 CVR B SO | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 266 |
| STL065289 | STREET FIGHTER SHADALOO SPECIA | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 263 |
| STL011932 | PERSONA 4 GN VOL 04 (C: 0-0-2) | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 262 |

56219318.1 09/08/2025

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL302009 | STREET FIGHTER 6 VOL 1 HC DAYS | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 262 |
| STL242266 | HIDETAKA TENJINS ARTISTRY OF M | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 262 |
| STL041839 | STREET FIGHTER VS DARKSTALKERS | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 261 |
| STL021937 | PERSONA 3 GN VOL 02 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 257 |
| STK670091 | OSAMU TEZUKA ANIME MANGA CHAR | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 256 |
| STL259503 | HIDETAKA TENJINS ARTISTRY OF M | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 255 |
| STK659260 | MANGA CLASSICS EMMA GN (C: 0-0 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 253 |
| STL330510 | STREET FIGHTER MASTERS LILY #1 | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 252 |
| STL120080 | STREET FIGHTER CLASSIC TP VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 252 |
| STL242267 | DEVIL MAY CRY 5 OFFICIAL ARTWO | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 251 |
| STL220289 | SUMMERTIME RENDERING HC VOL 01 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 250 |
| STL131996 | STREET FIGHTER V TP VOL 02 RIS | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 248 |
| STL295251 | STREET FIGHTER MASTERS: KIMBER | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 248 |
| STL270197 | RECORD OF LODOSS WAR CROWN COV | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 247 |
| STL147161 | ART OF DARKSIDERS GENESIS HC | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 246 |
| STL077846 | STREET FIGHTER CLASSIC TP VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 246 |
| STL035018 | PERSONA 3 GN VOL 05 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 242 |
| STL270182 | PERSONA 4 ARENA ULTIMAX GN VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 240 |
| STL114133 | STREET FIGHTER WRESTLEPALOOZA | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 239 |
| STL085154 | PERSONA 3 GN VOL 07 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 237 |
| STL095452 | MEGA MAN MASTERMIX #4 CVR B DI | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 236 |
| STL323270 | STREET FIGHTER 6 THE MANGA GN | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 235 |
| STK630295 | SOULCALIBUR NEW LEGENDS OF PRO | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 234 |
| STL085156 | STREET FIGHTER CLASSIC TP VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 233 |
| STK684050 | MEGA MAN TRIBUTE HC (C: 0-0-2) | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 233 |
| STL238810 | STREET FIGHTER MASTERS CHUN LI | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 231 |
| STL204273 | PERSONA 5 MEMENTOS MISSION TP | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 230 |
| STL085383 | MEGA MAN MASTERMIX #3 CVR B GE | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 229 |

56219318.1 09/08/2025

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL125008 | STRAVAGANZA TP VOL 02 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 226 |
| STL270200 | RECORD OF LODOSS WAR CROWN COV | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 225 |
| STK662013 | SUPER STREET FIGHTER HC VOL 02 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 223 |
| STL062490 | STREET FIGHTER RELOADED #2 (OF | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 223 |
| STL270176 | PERSONA 4 ARENA ULTIMAX GN VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 217 |
| STL048556 | DRAGONS CROWN GN VOL 01 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 216 |
| STK697945 | STREET FIGHTER V CHARLIE NASH | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 214 |
| STL297328 | STREET FIGHTER OMEGA DIRECT MA | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 213 |
| STL092065 | (USE DEC238006) MONSTER HUNTER | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 212 |
| STL021939 | PERSONA 4 GN VOL 06 (C: 0-1-1) | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 211 |
| STL220301 | SUMMERTIME RENDERING HC VOL 02 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 210 |
| STL048040 | PERSONA 3 GN VOL 06 (C: 0-1-2) | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 209 |
| STL322538 | 2024 STREET FIGHTER & FRIENDS | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 208 |
| STL270205 | RECORD OF LODOSS WAR CROWN COV | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 204 |
| STL270171 | PERSONA 4 ARENA GN VOL 03 B&N | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 203 |
| STL009403 | STREET FIGHTER UNLIMITED #8 CV | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 200 |
| STL209308 | STEINS GATE COMP MANGA HC B&N | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 200 |
| STL304126 | ATELIER RYZA MANGA EVER DARKNE | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 196 |
| STL003440 | STREET FIGHTER UNLIMITED #6 CV | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 193 |
| STL006393 | STREET FIGHTER UNLIMITED #7 CV | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 192 |
| STL294499 | ROBOTICS NOTES GN VOL 03 B&N E | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 192 |
| STL330387 | FINAL FIGHT #3 (OF 4) CVR A WE | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 191 |
| STL048036 | STREET FIGHTER VS DARKSTALKERS | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 190 |
| STL201632 | DAIGO THE BEAST GN VOL 04 (RES | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 188 |
| STL302310 | STREET FIGHTER MASTERS: AKUMA | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 186 |
| STL270184 | PERSONA 4 ARENA ULTIMAX GN VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 185 |
| STL021940 | STREET FIGHTER UNLIMITED HC VO | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 183 |
| STL302311 | STREET FIGHTER MASTERS: AKUMA | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 181 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL129364 | STREET FIGHTER VS DARKSTALKERS | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 180 |
| STL035017 | BLOODBORNE OFFICIAL ARTWORKS S | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 176 |
| STK399649 | SWANS IN SPACE GN VOL 02 (OF 3 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 175 |
| STL286963 | DARKSTALKERS HSIEN KO #1 CVR A | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 174 |
| STL256035 | RECORD OF LODOSS WAR CROWN COV | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 173 |
| STL294498 | ROBOTICS NOTES GN VOL 02 B&N E | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 172 |
| STL317707 | STREET FIGHTER MASTERS GAME GA | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 169 |
| STK395623 | SWANS IN SPACE GN VOL 01 (OF 3 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 168 |
| STL184248 | DAIGO THE BEAST GN VOL 02 (C: | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 168 |
| STL189740 | DAIGO THE BEAST GN VOL 03 (C: | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 165 |
| STK620272 | LEGEND OF HEROES SC VOL 01 CHA | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 164 |
| STL238806 | STREET FIGHTER MASTERS CHUN LI | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 163 |
| STL159342 | PERSONA 4 GN VOL 13 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 160 |
| STL120079 | STRAVAGANZA TP VOL 01 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 159 |
| STL061742 | DAIGO THE BEAST GN VOL 01 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 159 |
| STL322546 | 2024 STREET FIGHTER & FRIENDS | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 157 |
| STL322557 | FINAL FIGHT #1 (OF 4) CVR C ST | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 157 |
| STL290859 | STREET FIGHTER 6 EVOLUTION SPE | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 155 |
| STL104086 | FAMILY TRAITS HC | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 153 |
| STL286985 | DARKSTALKERS HSIEN KO #1 CVR D | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 152 |
| STL006394 | STREET FIGHTER UNLIMITED #7 CV | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 151 |
| STL159341 | PERSONA 4 GN VOL 12 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 150 |
| STL280944 | ELDEN RING OFFICIAL ART BOOK H | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 150 |
| STL286958 | STREET FIGHTER OMEGA #1 CVR D | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 148 |
| STK681224 | PERSONA 4 GN VOL 01 (C: 0-0-2) | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 146 |
| STL335460 | TEAM DARKSTALKERS #1 CVR B ALB | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 146 |
| STL220331 | SUMMERTIME RENDERING HC VOL 03 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 145 |
| STK620273 | LEGEND OF HEROES SC VOL 02 ILL | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 144 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL280946 | ELDEN RING OFFICIAL ART BOOK H | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 144 |
| STL217066 | STEINS GATE 0 TP VOL 03 B&N EX | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 142 |
| STL322554 | FINAL FIGHT #1 (OF 4) CVR B VO | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 141 |
| STL290861 | STREET FIGHTER 6 EVOLUTION SPE | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 141 |
| STL348247 | STREET FIGHTER PRIME #0 CVR A | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 140 |
| STL314311 | MONSTER HUNTER ILLUSTRATIONS H | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 139 |
| STL326440 | FINAL FIGHT #2 (OF 4) CVR B HU | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 138 |
| STL012305 | STREET FIGHTER UNLIMITED #9 CV | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 138 |
| STL286964 | DARKSTALKERS HSIEN KO #1 CVR B | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 138 |
| STL076226 | MEGA MAN MASTERMIX #2 CVR A AR | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 137 |
| STL295255 | STREET FIGHTER MASTERS: KIMBER | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 136 |
| STL238808 | STREET FIGHTER MASTERS CHUN LI | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 136 |
| STL062486 | STREET FIGHTER VS DARKSTALKERS | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 135 |
| STL104087 | MEGA MAN MASTERMIX TP VOL 01 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 134 |
| STL348255 | STREET FIGHTER PRIME #0 CVR E | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 132 |
| STL220334 | SUMMERTIME RENDERING TP VOL 05 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 131 |
| STL015498 | STREET FIGHTER UNLIMITED #10 C | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 131 |
| STK530266 | STREET FIGHTER CLASSIC HC VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 130 |
| STL067959 | STREET FIGHTER VS DARKSTALKERS | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 129 |
| STL000769 | STREET FIGHTER UNLIMITED #5 CV | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 126 |
| STL085155 | PERSONA 4 GN VOL 08 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 125 |
| STL038330 | STREET FIGHTER UNLIMITED HC VO | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 125 |
| STL122171 | STREET FIGHTER AKUMA VS HELL # | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 124 |
| STL110841 | STREET FIGHTER MENAT #1 CVR B | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 124 |
| STL082695 | OTHERWORLDLY IZAKAYA NOBU TP V | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 123 |
| STL220332 | SUMMERTIME RENDERING TP VOL 04 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 122 |
| STL151266 | PERSONA 4 GN VOL 11 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 121 |
| STL294483 | ROBOTICS NOTES GN VOL 01 B&N E | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 120 |

56219318.1 09/08/2025

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STK615611 | STREET FIGHTER ORIGINS AKUMA H | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 119 |
| STK409011 | APPLE ANTHOLOGY GN VOL 04 (C: | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 119 |
| STL302313 | STREET FIGHTER MASTERS: AKUMA | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 119 |
| STL119183 | STREET FIGHTER 2019 PINUP SPEC | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 118 |
| STL305730 | STREET FIGHTER MASTERS: KIMBER | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 118 |
| STL204275 | STEINS GATE 0 TP VOL 01 B&N EX | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 115 |
| STL290860 | STREET FIGHTER 6 EVOLUTION SPE | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 114 |
| STL317709 | STREET FIGHTER MASTERS GAME GA | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 112 |
| STL058882 | STREET FIGHTER VS DARKSTALKERS | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 111 |
| STL335462 | TEAM DARKSTALKERS #1 CVR D BLA | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 110 |
| STL335461 | TEAM DARKSTALKERS #1 CVR C ALB | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 108 |
| STL348250 | STREET FIGHTER PRIME #0 CVR C | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 107 |
| STL120077 | OTHERWORLDLY IZAKAYA NOBU TP V | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 107 |
| STL125007 | OTHERWORLDLY IZAKAYA NOBU TP V | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 107 |
| STL119188 | STREET FIGHTER NECRO & EFFIE # | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 107 |
| STL309833 | DARKSTALKERS JEDAH (ONE SHOT) | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 107 |
| STK424792 | STREET FIGHTER GAIDEN TP VOL 0 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 105 |
| STL088730 | OTHERWORLDLY IZAKAYA NOBU TP V | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 105 |
| STL270160 | PERSONA 4 ARENA GN VOL 01 B&N | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 105 |
| STL338697 | FINAL FIGHT #4 (OF 4) CVR B JO | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 103 |
| STK428643 | STREET FIGHTER GAIDEN TP VOL 0 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 102 |
| STL220284 | SUMMERTIME RENDERING TP VOL 01 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 101 |
| STK630296 | STREET FIGHTER CLASSIC HC VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 101 |
| STL295258 | STREET FIGHTER MASTERS: KIMBER | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 100 |
| STL065290 | STREET FIGHTER SHADALOO SPECIA | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 98 |
| STL330514 | STREET FIGHTER MASTERS LILY #1 | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 97 |
| STL217079 | PERSONA 5 MEMENTOS MISSION TP | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 94 |
| STL211120 | OTHERWORLDLY IZAKAYA NOBU TP V | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 93 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL226513 | STREET FIGHTER 2022 SWIMSUIT S | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 93 |
| STL348256 | STREET FIGHTER PRIME #0 CVR F | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 92 |
| STK409015 | STREET FIGHTER TP VOL 06 FINAL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 92 |
| STL054981 | STREET FIGHTER VS DARKSTALKERS | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 92 |
| STL348248 | STREET FIGHTER PRIME #0 CVR B | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 91 |
| STL085384 | MEGA MAN MASTERMIX #3 CVR C PE | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 89 |
| STL330512 | STREET FIGHTER MASTERS LILY #1 | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 88 |
| STK670090 | OSAMU TEZUKA ANIME CHARACTER I | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 88 |
| STL201633 | OTHERWORLDLY IZAKAYA NOBU TP V | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 86 |
| STL189741 | OTHERWORLDLY IZAKAYA NOBU TP V | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 84 |
| STL054980 | STREET FIGHTER VS DARKSTALKERS | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 84 |
| STK413411 | DARKSTALKERS TP VOL 02 NIGHT W | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 81 |
| STL220296 | SUMMERTIME RENDERING TP VOL 02 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 79 |
| STL270168 | PERSONA 4 ARENA GN VOL 02 B&N | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 78 |
| STK374498 | APPLE ANTHOLOGY GN VOL 02 (MR) | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 76 |
| STL326439 | FINAL FIGHT #2 (OF 4) CVR A WE | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 75 |
| STL167612 | ROSE OF VERSAILLES HC VOL 05 ( | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 74 |
| STK403266 | SILENT MOBIUS COMPLETE ED GN V | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 73 |
| STL092066 | MONSTER HUNTER ILLUSTRATIONS 2 | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 72 |
| STL012302 | STREET FIGHTER LEGENDS CAMMY # | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 71 |
| STL309829 | DARKSTALKERS JEDAH (ONE SHOT) | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 71 |
| STL048037 | STREET FIGHTER VS DARKSTALKERS | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 71 |
| STL135853 | STRAVAGANZA TP VOL 03 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 66 |
| STL005796 | PERSONA 4 GN VOL 03 (C: 0-1-1) | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 59 |
| STL302312 | STREET FIGHTER MASTERS: AKUMA | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 59 |
| STL135852 | OTHERWORLDLY IZAKAYA NOBU TP V | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 57 |
| STL144069 | OTHERWORLDLY IZAKAYA NOBU TP V | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 55 |
| STL220333 | SUMMERTIME RENDERING HC VOL 04 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 54 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL058883 | STREET FIGHTER VS DARKSTALKERS | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 52 |
| STL304127 | STREET FIGHTER SWIMSUIT SPECIA | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 51 |
| STL018763 | STREET FIGHTER UNLIMITED #11 C | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 51 |
| STL107423 | PERSONA 4 GN VOL 10 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 50 |
| STL204513 | PERSONA 5 MEMENTOS MISSION TP | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 48 |
| STL164198 | ROSE OF VERSAILLES HC VOL 04 ( | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 48 |
| STK637547 | STREET FIGHTER IV HC VOL 01 WA | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 47 |
| STL018762 | STREET FIGHTER UNLIMITED #11 C | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 46 |
| STL330515 | STREET FIGHTER MASTERS LILY #1 | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 45 |
| STL077475 | STREET FIGHTER CLASSIC TP VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 45 |
| STL092067 | PERSONA 4 GN VOL 09 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 41 |
| STL012303 | STREET FIGHTER LEGENDS CAMMY # | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 36 |
| STL120078 | PERSONA 3 GN VOL 10 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 31 |
| STL049951 | STREET FIGHTER VS DARKSTALKERS | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 31 |
| STL330388 | FINAL FIGHT #3 (OF 4) CVR B CH | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 29 |
| STL326441 | FINAL FIGHT #2 (OF 4) CVR C 5 | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 27 |
| STL220339 | SUMMERTIME RENDERING TP VOL 06 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 26 |
| STL042220 | STREET FIGHTER VS DARKSTALKERS | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 20 |
| STL086673 | (USE OCT198294) MANGA CLASSICS | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 20 |
| STL338698 | FINAL FIGHT #4 (OF 4) CVR C 5 | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 17 |
| STL286984 | DARKSTALKERS HSIEN KO #1 CVR C | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 12 |
| STL144070 | ROSE OF VERSAILLES HC VOL 02 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 11 |
| STL322559 | FINAL FIGHT #1 (OF 4) CVR E 5 | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 11 |
| STL139039 | ROSE OF VERSAILLES HC VOL 01 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 8 |
| STK622362 | STREET FIGHTER CLASSIC HC VOL | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 8 |
| STL210314 | STEINS GATE COMP MANGA SC STD | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 6 |
| STL151270 | UDONS ART OF CAPCOM HC VOL 03 | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 5 |
| STL335463 | TEAM DARKSTALKERS #1 CVR E 5 C | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 4 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL169518 | ROBOTECH VISUAL ARCHIVE THE SO | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 4 |
| STL048558 | ROBOTECH VISUAL ARCHIVE MACROS | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 4 |
| STL320506 | FALLING IN LOVE WITH A TRAVELI | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 2 |
| STL028566 | PERSONA 3 GN VOL 04 | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 2 |
| STL166794 | DEVIL MAY CRY 3142 GRAPHIC ART | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 2 |
| STL348253 | STREET FIGHTER PRIME #0 CVR D | 6894 | UDON ENTERTAINMENT INC | 1 | COMICS | 2 |
| STK447361 | DARKSTALKERS ULTIMATE ED TP | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 2 |
| STL083715 | DARK SOULS III DESIGN WORKS HC | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 2 |
| STL201634 | PERSONA 5 MEMENTOS MISSION TP | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 1 |
| STL338041 | PERSONA 5 PERSONA 5 ROYAL OFFI | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 1 |
| STL201635 | STEINS GATE 0 TP VOL 03 (C: 0- | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 1 |
| STK438125 | MEGA MAN GIGAMIX TP VOL 01 (C: | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 1 |
| STK442387 | MEGA MAN GIGAMIX TP VOL 02 (C: | 6894 | UDON ENTERTAINMENT INC | 3 | BOOKS - GRAPHIC NOVELS | 1 |
| STL151268 | UDONS ART OF CAPCOM HC VOL 01 | 6894 | UDON ENTERTAINMENT INC | 4 | BOOKS - NOVELS/SF/HORROR | 1 |