# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re: Case No.: **25−10308 − DER** Chapter: **7** Adversary No.: **25−00259**

**Diamond Comic Distributors, Inc.**
Debtor

**Diamond Comic Distributors, Inc.**
Plaintiff

vs.

**Udon Entertainment**
Defendant

## AMENDED NOTICE OF INTENT TO DISMISS PURSUANT TO FEDERAL BANKRUPTCY RULE 7004(e) AND/OR LOCAL BANKRUTPCY RULE 7004−1

It appearing that the Plaintiff has not served the summons and complaint in this adversary proceeding within seven (7) days after issuance of the summons as required by Federal Bankruptcy Rule 7004(e) and/or the Plaintiff has not filed proof of service within the time during which the person served must respond to the process as required by Local Bankruptcy Rule 7004−1,

NOTICE IS HEREBY GIVEN that unless good cause be shown to the Court fourteen (14) days from the date of this notice why service was not made as required by Federal Bankruptcy Rule 7004(e) and/or proof of service was not filed as required by Local Bankruptcy Rule 7004−1, this adversary proceeding shall be dismissed without prejudice without further notice or a hearing.

Dated: 10/30/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna
301−344−3390

cc: All Parties
All Counsel
Trustee − Morgan Fisher
Attorney for Trustee − Zvi Guttman

Clerk13 (03/03/2026)